Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1116

FOREMOST IN PACKAGING SYSTEMS, INC.
(doing business as EnviroCooler),

Plaintiff-Appellant,

v.

COLD CHAIN TECHNOLOGIES, INC.,

Defendant-Appellee.

James C. Brooks, Orrick, Herrington & Sutcliffe LLP, of Los Angeles, California, argued for plaintiff-appellant. With him on the brief were Hope E. Melville and Mark J. Shean, of Irvine, California.

Edward R. Schwartz, Christie, Parker & Hale, LLP, of Pasadena, CA, argued for defendant-appellee.

Appealed from: United States District Court for the Central District of California

Judge James V. Selna

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1116

FOREMOST IN PACKAGING SYSTEMS, INC.

(doing business as EnviroCooler),

Plaintiff-Appellant,

v.

COLD CHAIN TECHNOLOGIES, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the **UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

In CASE NO(S). **06-CV-01156**.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, SCHALL and LINN, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: August 8, 2007          /s/ Jan Horbaly

Jan Horbaly, Clerk